# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Ramon Milanes, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>General Holding LLC, Brandon Yasgur, Joseph Yasgur, Joseph Gershenov, Woodstock Management Corp., 4030 Bronx Blvd. Associates, L.L.C.,Yasgur Realty Corp. a/k/a YRC Management, Universal ManagementAgency LLC, Ann-Gur Realty Corporation, Realty Group, and all related entities<br><br>*Defendant(s)* | Civil Action No. 23-cv-11311 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marc A. Rapaport
Rapaport Law Firm, PLLC
80 Eighth Avenue, Suite 206
New York, New York 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/02/2024    /s/ P. Canales
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON MILANES, individually and on behalf of
all others similarly situated,

                Plaintiff,

-against-

GENERAL HOLDING LLC, BRANDON YASGUR, JOSEPH YASGUR, JOSEPH GERSHENOV, WOODSTOCK MANAGEMENT CORP., 4030 BRONX BLVD. ASSOCIATES, L.L.C., YASGUR REALTY CORP. A/K/A YRC MANAGEMENT, UNIVERSAL MANAGEMENT AGENCY LLC, ANN-GUR REALTY CORPORATION, REALTY GROUP, AND ALL RELATED ENTITIES,

                Defendants.
------------------------------------------------------------X

Case No. 23-cv-11311

**PROPOSED SUMMONS RIDER**

## DEFENDANTS' ADDRESSES AND COUNTIES

- **General Holding LLC**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **Brandon Yasgur**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **Joseph Yasgur**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **Joseph Gershenov**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **Woodstock Management Corp.**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **4030 Bronx Blvd. Associates, L.L.C.**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **Yasgur Realty Corp. a/k/a YRC Management**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **Universal Management Agency LLC**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **Ann-Gur Realty Corporation**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)

- **Realty Group**
  825 East 233rd Street, Floor 2
  Bronx, NY 10466
  (Bronx County)