Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

December 12, 2025

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED**
>
> The request is granted. The deadline for the parties to submit their joint pre-trial statement is extended to January 9, 2026. The parties are directed to appear for a status conference on January 14, 2026 at 10:30 a.m., in Courtroom 619 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: December 15, 2025
> New York, New York

Re:  ***Ramon Milanes v. General Holding LLC, et al.***
     **Case No. 23-cv-11311(ER)**

Dear Judge Ramos:

We are co-counsel for Plaintiff, Ramon Milanes ("Plaintiff"), in the above-referenced action, which asserts claims for unpaid wages under the Fair Labor Standards Act and New York Labor Law. We write to respectfully request that the Court grant a twenty-day extension (from December 10, 2025 to January 9, 2026 of the deadline for the parties to submit their joint pre-trial statement.

Pursuant to Your Honor's Order dated July 30, 2025, the deadline for the parties to complete all discovery in this case was November 10, 2025. ECF No. 56. Therefore, pursuant to Your Honor's Individual Practices, Sect. 4.A, the 30-day deadline for the parties' joint pre-pretrial statement was December 10, 2025.

Although the Court previously granted multiple requests to extend the discovery period, there have been no prior requests to extend the deadline for filing the joint pre-trial statement.

Plaintiff submits this request because Plaintiff has not yet completed evaluating the persons whom Plaintiff intends to call as witnesses on his case in chief and the documents that he may use as evidence. In addition, the parties have not yet discussed whether, and to what extent, they will stipulate to any facts or law.

On December 10th, we requested Defendants' consent to this request. Since then, we have not received any communications from Defendants.

1

We appreciate the Court's consideration of this request.

Respectfully submitted,

Marc A. Rapaport

cc:    All Counsel of Record (*Via ECF only*)