**M MILLER LAW**
*Legal Consulting and Representation*
www.millerlaw.nyc

Meredith R. Miller, Esq.

**Miller Law, PLLC**
167 Madison Avenue, Suite 503
New York, NY 10016

**Tel:** (347) 878-2587
**Fax:** (866) 495-6719
meredith@millerlaw.nyc

# MEMO ENDORSED

December 22, 2025

**Via ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The status conference currently scheduled for January 14, 2026 at 10:30 a.m. is adjourned to January 29, 2026 at 11:30 a.m., in Courtroom 619 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: December 22, 2025
> New York, New York

Re:    *Milanes v. General Holding LLC, et al.*
        <u>Case No. 23-cv-11311(ER)</u>

Dear Judge Ramos:

I am co-counsel for Plaintiff Ramon Milanes ("Plaintiff") in the above-referenced action pursuant to the Fair Labor Standards Act and New York Labor Law.  I write with the consent of Defendants' counsel to request adjournment of the status conference presently scheduled for **January 14, 2026** (dkt #57).  Plaintiff's counsel have inflexible scheduling conflicts on January 14 and are, therefore, unable to appear in Court.  This is the first request for an adjournment of the status conference.  We conferred with Defendants' counsel, and counsel for all parties are available to appear in court on **January 29, February 5, or February 6, 2026**, and respectfully request that the Court schedule the conference on one of those dates, or a date thereafter.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Meredith R. Miller

cc:    All Counsel of Record (*Via ECF only*)