# GRSM50
## GORDON REES SCULLY MANSUKHANI
### YOUR 50 STATE LAW FIRM™

**DAVID J. GRECH**
dgrech@grsm.com

**ANDREW J. VARVARO**
avarvaro@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

---

The deadline for the parties to submit their joint pre-trial statement is extended to a date to be set at the upcoming status conference scheduled for January 29, 2026 at 11:30 a.m., in Courtroom 619 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  January 11, 2026
New York, New York

---

January 9, 2026

**Via ECF**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Milanes v. General Holding LLC et al.*
       Case No. 1:23-cv-11311-ER-SDA

Dear Judge Ramos,

We represent Defendants in this case. We write concerning the Court's December 15, 2025 Order, which endorsed Plaintiff's December 12, 2025 letter motion for an extension of time to file the parties' pre-trial statement.

We have been conferring with Plaintiff's counsel regarding the pre-trial statement. It is Defendants' position that more important than the contents of the statement is the issue of submitting it all, at this time. This case is not trial-ready or even in a pre-trial posture. No depositions have been conducted. There is outstanding written discovery. There has been back and forth communications between counsel about discovery and mediation/settlement but without resolution or really even a clear path forward on any of those issues.

Defendants thus respectfully request an extension of time for the parties to submit their pre-trial statement. Defendants also respectfully request the opportunity for the parties to discuss all these issues (scheduling remaining discovery, potential for settlement, new deadline for pre-trial statement, etc.) with the Court at the upcoming in-person status conference currently scheduled for January 29, 2026. Our conferring with Plaintiff's counsel included our intention to make this request. Plaintiff consents to this request solely to the extent that it is not feasible to submit the pre-trial statement by the deadline due to Defendants' position.

Hon. Edgardo Ramos, U.S.D.J.
U.S. District Court, S.D.N.Y.
January 9, 2026
Page 2 of 2

      We appreciate the Court's attention to this matter and are available should the Court have any questions.

                Respectfully submitted,

                GORDON REES
                SCULLY MANSUKHANI, LLP

                */s/ David J. Grech*
                David J. Grech
                Andrew J. Varvaro

                *Attorneys for Defendants*

cc: All Counsel of Record (*via* ECF)