Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel  (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

May 11, 2026

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.
Dated: May 11, 2026

Re:    **Ramon Milanes v. General Holding LLC et al.**
       **Case No. 23-cv-11311(SDA)**

Dear Judge Stewart:

We represent Plaintiff, Ramon Milanes, in the above-referenced matter. We write jointly with Defendants' counsel to request an extension to May 26, 2026 of the time period for the parties to file their joint motion for settlement approval.

Pursuant to the Court's Order dated April 29, 2026 (ECF No. 67), the parties' deadline to file their joint motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015) is today, May 11, 2026. The parties respectfully request that this deadline be extended to May 26, 2026. The parties make this request because additional time is needed to finalize the written settlement agreement and obtain the necessary client signatures.

This is the first request for an extension of this deadline.  This request does not affect any other deadline in this case.

We thank the Court for its time and attention to this matter

Respectfully submitted,

*/s/ Marc A. Rapaport*

Marc A. Rapaport

Cc: All counsel of record via ECF