Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel  (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

June 9, 2026

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.
Dated: June 9, 2026

Re:    **Ramon Milanes v. General Holding LLC et al.**
       **Case No. 23-cv-11311(SDA)**

Dear Judge Aaron:

We represent Plaintiff Ramon Milanes in the above-referenced matter. On behalf of all parties, we respectfully request a further two-week extension of the parties' deadline to file their joint motion for settlement approval.

Pursuant to the Court's Order dated May 22, 2026 (ECF 71), the parties' deadline to file their joint motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015) is today, June 9, 2026.  The parties continue to negotiate the non-monetary terms of a settlement agreement.

The parties jointly request a two-week extension (to June 23, 2026) to afford time for the parties to complete their negotiations and, thereafter, for execution.

This is the third request for an extension of this deadline.  This request does not affect any other deadline in this case.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Marc A. Rapaport*

Marc A. Rapaport

Cc: All counsel of record via ECF